# UNITED STATES DISTRICT COURT

<u>EASTERN</u>   **District of**   <u>CALIFORNIA</u>

| | |
|---|---|
| RICK CUNNINGHAM <br> Plaintiff (s), <br><br> V. <br><br> LAMAR SEYMOUR ET AL. <br> Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** <br><br><br> CASE NUMBER: 2:14-MC-00063 |

Notice is hereby given that, subject to approval by the court,   <u>RICK CUNNINGHAM</u>   substitutes
(Party (s) Name)

<u>MAX WELLMAN</u>, State Bar No. <u>291814</u> as counsel of record in place
(Name of New Attorney)

place of   <u>KEVIN PARK</u>.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | HAIGHT BROWN & BONESTEEL, LLP |
| Address: | 555 SOUTH FLOWER STREET, 45TH FLOOR, LOS ANGELES 90071 |
| Telephone: | (213) 542-8000    Facsimile  (213) 542-8100 |
| E-Mail (Optional): | MWELLMAN@HBBLAW.COM |

I consent to the above substitution.                                              RICK CUNNINGHAM, JR.

Date:   12-10-15                                                                                /S/
                                                                                                    (Signature of Party (s))

I consent to being substituted.                                                             /S/

Date:   12-10-15                                                                         KEVIN PARK
                                                                                         (Signature of Former Attorney (s))

I consent to the above substitution.

Date:   12-10-15                                                              MAX WELLMAN   /S/
                                                                                       (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Dated:  December 14, 2015

*[signature]*

GARLAND E. BURRELL, JR.
Senior United States District Judge